UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

190016
rung 2/5/10
RECEIVED KCH
10 FEB -5 AM 8:46
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

JASON J BUSH SR
STACEY A BUSH
         Debtor(s)

**CASE NO. BKY 04-46789 NCD**

---

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Sterling /Goodman in the amount of $56.12, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Sterling /Goodman<br>Trauner, Cohen & Thomas, LLP<br>5901-C Peachtree Dunwoody Rd. Suite 500<br>Atlanta, GA 30328 | 3 | $56.12 |

ACCOUNT NUMBER:
3019193954

**Jasmine Z. Keller, Trustee**

Dated: January 29, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee